# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TISHA HENDERSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-1587-S-BW |
| | § | |
| PRESIDENT DONALD TRUMP | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, this action will be **DISMISSED WITH PREJUDICE** as frivolous.

Further, Plaintiff is advised that she has been barred by this Court from filing future actions in this or any other federal court without first obtaining leave of court to do so, and any case filed, removed, or transferred without the applicable filing fee, in which she is the plaintiff, should not be reviewed by the Court.

To obtain leave to file, Plaintiff must file an "Application Pursuant to Court Order Seeking Leave to File" with a copy of the proposed complaint and certify that: (1) the claim or claims presented have never been raised and disposed of on the merits by any federal court; and (2) the claim or claims are not frivolous or taken in bad faith. Additionally, any application seeking leave to file must either cite to or affix a copy of any of this Court's sanction orders.

**SO ORDERED.**

SIGNED October 9, 2024.

_____
**UNITED STATES DISTRICT JUDGE**